IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
JAN 1 6 2008
U.S. DISTRICT COURT
WHEELING, WV 26003

LISA MARTIN,

    Plaintiff,

v.                              Civil Action No. 5:07-CV-119

MICHAEL J. ASTRUE,[1]
COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

## ORDER

This day came defendant Michael J. Astrue, Commissioner of Social Security, by counsel, Helen Campbell Altmeyer, Assistant United States Attorney for the Northern District of West Virginia, and moved the Court remand the above-styled case to the Commissioner of Social Security pursuant to the sixth sentence of 42 U.S.C. § 405(g).

Good cause appearing therefore, it is hereby

**ORDERED** that said motion be GRANTED and that this case be and the same is hereby REMANDED to the Commissioner of Social Security for further administrative action.

The Clerk is directed send certified copies of this Order counsel of record.

Date: January 16, 2008

                                              UNITED STATES DISTRICT JUDGE

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should be substituted, therefore, for former Commissioner Jo Anne B. Barnhart, (or Acting Commissioner Linda L. McMahon [if the caption was changed previously]) as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).